# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

BENJAMIN BROWN

No. 1:24-cr- 00045-LEW

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Threatening Interstate Communication)**

On about February 8, 2024, in the District of Maine and elsewhere, the defendant,

**BENJAMIN BROWN**

did knowingly, willfully, and recklessly transmit in interstate commerce a communication containing a threat to injure the person of another.  Specifically, the Defendant used the internet to post on YouTube statements threatening to hunt and kill immigrants.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL,

10 APR 2024

Signature Redacted – Original on file with the Clerk's Office

Assistant United States Attorney
Dated: 4/10/24

1